FILED
 2012 Feb-09 PM 02:00
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **RAYAN HENRY,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | **Civil Action Number** |
| ) | **4:12-CV-110-JEO** |
| **ERIC HOLDER,** *et al.*, ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OPINION

On January 12, 2012, the petitioner, Rayan Henry, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention pending removal to Jamaica. (Doc. 1). On February 8, 2012, the respondents moved to dismiss the petition as moot because the United States Immigration and Customs Enforcement ("ICE") has removed Henry from the United States to Jamaica. (Doc. 4). In support, the respondents submitted a declaration of Robert Adame, the Supervisory Detention and Deportation Officer of the ICE facility in Gadsden, Alabama, stating that ICE removed Henry from the United States on January 26, 2012. (Doc. 4-1).

Because it is evident that Henry is no longer in custody, his petition for a writ of habeas corpus is due to be dismissed as moot. *See Nyaga v. Ashcroft*, 323 F.3d

906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'") (internal citation omitted). An appropriate order will be entered.

    **DONE** and **ORDERED** this the 9th day of February, 2012.

                                                      **VIRGINIA EMERSON HOPKINS**
                                                      United States District Judge